# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:20-cr-00499-PAB-2 |
| Plaintiff, | JUDGE PAMELA A. BARKER |
| -vs- | |
| SAMUEL SHIPTON, | **ORDER** |
| Defendant. | |

On January 31, 2024, Magistrate Judge Carmen E. Henderson conducted an initial appearance on the violation reports dated December 20, 2023, December 26, 2023, and January 31, 2024. During the initial appearance, the Defendant admitted violating the conditions of his supervised release, as charged in Violation Numbers 1 through 4 in the Report(s). The Defendant was ordered detained pending final hearing and sentencing before Judge Barker.

On March 6, 2024, the Defendant appeared for the final revocation hearing before Judge Pamela A. Barker and was represented by counsel, Carolyn M. Kucharski. Assistant U.S. Attorney Yasmine T. Makridis was present on behalf of the United States of America, and Probation Officer Mark Roth was also present. All parties waived any objections to the Report and Recommendation of Magistrate Judge Carmen E. Henderson. (Doc. No. 55.) The Court adopts the Report and Recommendation of Magistrate Carmen E. Henderson.

Defendant admitted to all four violations and, based upon the information adduced at the hearing, the Court finds that Defendant violated the following conditions of his supervised release:

(1) Unauthorized Use of Drugs; (2) Criminal Conduct, (3) Violation of Standard Condition #10; and (4) Violation of Standard Condition #8.

Upon due consideration, the Court revokes Defendant's supervision and imposes a term of imprisonment of eight (8) months, with credit for time already served in relation to this matter; Supervised Release for a term of three (3) years, with the conditions of supervision to be modified to include that upon completion of the custody sentence, Defendant shall reside in a Residential Reentry Center for six (6) months as directed by the probation officer and shall observe the rules of the facility.  Defendant advised of his right to appeal.  Defendant is remanded to the custody of the United States Marshal.

**IT IS SO ORDERED.**

Date:  March 7, 2024

*s/Pamela A. Barker*
PAMELA A. BARKER
U. S. DISTRICT JUDGE